UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    GARY L MCELHONE

Debtor(s)

Case No. 10-49306

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/02/2010.

2) The plan was confirmed on 02/10/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/31/2011.

5) The case was dismissed on 09/23/2011.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,940.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,940.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,396.86 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $209.41 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,606.27

Attorney fees paid and disclosed by debtor:   $800.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACADEMIC ENDOCRINE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 15,521.81 | NA | NA | 0.00 | 0.00 |
| ANIMAS CORP | Unsecured | 130.30 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CARD SERVICE CENTER | Unsecured | 1,386.24 | NA | NA | 0.00 | 0.00 |
| CITICARDS PRIVATE LABEL | Unsecured | 12,036.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 336.66 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CONSECO FINANCE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 890.00 | 890.47 | 890.47 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 3,279.96 | 3,279.96 | 3,279.96 | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGIS | Unsecured | 142.80 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 600.00 | 642.24 | 642.24 | 0.00 | 0.00 |
| ECMC | Unsecured | 12,755.30 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,165.49 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| GENECARE MEDICAL GENETICS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE CORP | Unsecured | 5,548.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,568.32 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 926.54 | 926.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,614.07 | 4,729.43 | 4,729.43 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 600.00 | 2,310.66 | 2,310.66 | 0.00 | 0.00 |
| JESSICA LONDON | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| JUNIPER BANK | Unsecured | 3,940.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| LIFETIME FITNESS | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM FAMILY DENTAL | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 410.71 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE SURGICAL ASSOCIATES | Unsecured | 228.96 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 1,083.00 | 1,083.05 | 1,083.05 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 521.00 | 521.91 | 521.91 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,585.00 | 1,585.60 | 1,585.60 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,600.43 | 1,545.81 | 1,545.81 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,377.55 | 2,377.55 | 2,377.55 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 1,043.77 | NA | NA | 0.00 | 0.00 |
| REWARD ZONE PROGRAM MASTERC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 430.55 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 10,726.77 | 10,726.77 | 10,726.77 | 2,091.33 | 242.40 |
| SKO BRENNER AMERICAN | Unsecured | 157.70 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICE | Unsecured | 93.86 | NA | NA | 0.00 | 0.00 |
| TREATMENT CENTER FOR MET DISO | Unsecured | 1,670.00 | NA | NA | 0.00 | 0.00 |
| UDS | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 13,861.86 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 10,171.85 | NA | NA | 0.00 | 0.00 |
| WEBBANK/DFS | Unsecured | 3,279.00 | NA | NA | 0.00 | 0.00 |
| WESTWOOD COLLEGE OF TECHNOLO | Unsecured | 13,151.75 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATIO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $10,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,726.77 | $2,091.33 | $242.40 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,726.77** | **$2,091.33** | **$242.40** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,729.43 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,729.43** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,163.79** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,606.27 |
| Disbursements to Creditors | $2,333.73 |
| **TOTAL DISBURSEMENTS:** | **$3,940.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/29/2011            By: /s/ Glenn Stearns
                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**